**Order entered February 22, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01551-CV

## WARREN CHEN AND DYNACOLOR, INC., Appellants

## V.

## RAZBERI TECHNOLOGIES, INC., THOMAS J. GALVIN, LIVEOAK VENTURES PARTNERS 1A, L.P., KENNETH L. AND VIRGINIA T. BOYDA, AS TRUSTEES OF THE BOYDA FAMILY, ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-16568

### ORDER

Before the court is appellants' February 22, 2021 unopposed motion for extension of time to file their brief on the merits and response to appellees' motions for rehearing and for en banc reconsideration. We **GRANT** the motion such that appellants' supplemental brief, if any, should be filed on or before **FEBRUARY 25, 2021**.

/s/    DAVID J. SCHENCK
       JUSTICE